Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Plaintiffs
INSIGHT ENTERPRISES, INC. and
INSIGHT DIRECT USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a Delaware corporation, and INSIGHT DIRECT USA, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S VACATION CENTER, LLC, a Florida limited liability company,<br><br>Defendant. | No. C08-02816<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

ORIGINAL FILED
JUN - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

WDB

Plaintiffs' Certification of Interested Entities and Persons

1  Pursuant to Civil LR 3-16, the undersigned certifies that the following listed persons,
2  associations of person, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding: Google, Inc., 1600 Amphitheatre Parkway,
6  Mountain View, CA 94043 ("Google"). Google has a commercial relationship with the defendant
7  that is relevant to the trademark(s) at issue in the instant matter.

DATED: June 5, 2008.

REED SMITH LLP

By _____
Meghan K. Landrum (SBN 222264)
Attorney for Plaintiffs Insight Enterprises, Inc. and
Insight Direct USA, INC.

---