Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:　+1 510 763 2000
Facsimile:　+1 510 273 8832

Attorneys for Plaintiffs
INSIGHT ENTERPRISES, INC. and INSIGHT DIRECT USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a Delaware corporation, and INSIGHT DIRECT USA, INC., an Illinois corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>INSIGHT COMMUNICATIONS COMPANY, INC., a Delaware corporation,<br><br>　　　　　Defendant. | No. C08-03573 JCS<br><br>**PLAINTIFFS INSIGHT ENTERPRISES, INC. AND INSIGHT DIRECT USA, INC.'S DISCLOSURE STATEMENT** |

     Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Insight Enterprises, Inc., a Delaware corporation and Plaintiff Insight Direct USA, Inc., an Illinois corporation, jointly submit the following disclosure statement: Insight Direct USA, Inc. is the wholly-owned subsidiary of Insight Enterprises, Inc., a publicly held corporation. There are no parent corporations of Insight Enterprises, Inc. No publicly held corporation owns 10% or more of Insight Enterprises, Inc.'s stock.

DATED: July 25, 2008.

                           REED SMITH LLP

                           By *Meghan K. Landrum* (signature)
                              Meghan K. Landrum
                              Attorneys for Plaintiffs,
                              Insight Enterprises, Inc. and Insight Direct USA, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –   DOCSOAK-9914060.2-MKLANDRUM 7/24/08 4:34 PM
PLAINTIFFS INSIGHT ENTERPRISES, INC. AND INSIGHT DIRECT USA, INC.'S DISCLOSURE STATEMENT