AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

INSIGHT ENTERPRISES, INC., a Delaware corporation, and INSIGHT DIRECT USA, )
_____ )
Plaintiff )
)
v. ) Civil Action No.
INSIGHT COMMUNICATIONS COMPANY, INC., a )
Delaware corporation ) C08-03573
_____ )
Defendant

ADR

JCS

**Summons in a Civil Action**

To: Insight Communications Company, Inc.
       *(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Meghan K. Landrum, Esq.
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 2 5 2008

CYNTHIA LENAHAN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____0.00\_\_ for travel and $ _____0.00\_\_ for services, for a total of $ _____0.00\_\_ .

Date: _____

                                                             Server's signature

                                                             Printed name and title

                                                             Server's address