Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Plaintiffs
INSIGHT ENTERPRISES, INC. and INSIGHT DIRECT USA, INC.

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I INSIGHT ENTERPRISES, INC., a Delaware corporation, and INSIGHT DIRECT USA, INC., an Illinois corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>INSIGHT COMMUNICATIONS COMPANY, INC., a Delaware corporation,<br><br>    Defendant. | No.: C08-03573 (JCS)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**<br><br>Compl. Filed:    July 25, 2008<br>Trial Date:     None |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Plaintiffs Insight Enterprises, Inc., a corporation, and Insight Direct USA, Inc., a corporation, hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

DATED: August 11, 2008        REED SMITH LLP

                    By    */s/ Meghan K. Landrum*
                        Meghan K. Landrum
                        Attorneys for Plaintiffs,
                        Insight Enterprises, Inc. and Insight Direct USA, Inc.