IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSIGHT ENTERPRISES, INC. et al.,
    Plaintiff(s),

v.                                                                                              No. C-08-3573-SC

INSIGHT COMMUNICATIONS CO., INC.,
    Defendant(s).
_____/                      Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **November 14, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 13, 2008                                              FOR THE COURT,

                                                                                                  Richard W. Wieking, Clerk

                                                                                                  By:  T. De Martini
                                                                                                     Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California